## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: ROOD JOSEPH | CASE NO: 16-52194-KMS |
| ROMUS JOSEPH | CHAPTER 13 |

### RESPONSE TO MOTION FOR RELIEF FROM STAY
( DKT NO: 33  )

**COMES NOW,** the Debtors, by and and through their counsel, and files this Response to Capital One. In support of this motion the Debtors states as follows:

1. Debtors admit that Capital One Auto Finance was not included in previous Chapter 13 Plans, but state a new modified Chapter 13 Plan with treatment of Capitol One's collateral will be filed with Court.

2. ~~Debtors requests that they be allowed to provide proof of insurance to Capitol One Auto~~ Finance and modify their Chapter 13 Plan with treatment of Capitol One's collateral and that the Motion for Relief be denied.

3. Debtor prays for general relief.

This the 7ʰ day of February , 2017.

                                            Respectfully submitted,
                                            Rood and Romus Joseph
                                            /S/ William W. Stover, Jr.
                                            WILLIAM W. STOVER, JR MS BAR 8885
                                            ATTORNEY FOR DEBTORS

### CERTIFICATE OF SERVICE

I, William W. Stover, Jr., undersigned Counsel, hereby certify that I have this day served electronically, a true and correct copy of the above Response to Motion for Relief:

| | |
|---|---|
| United States Trustee: | USTPRegion05.JA.ECF@usdoj.gov |
| J.C. Bell, Trustee : | mdg@jcbell.net |
| Robert Byrd, Attorney for Capitol One | rab@byrdwiser.com |

This the 7ᵀᴴ day of February , 2017.

                                            /S/ WILLIAM W. STOVER, JR
                                            WILLIAM W. STOVER, JR MS BAR 8885
                                            LAW OFFICES OF WES STOVER
                                            555 TOMBIGBEE ST. STE 100
                                            JACKSON, MS 39201
                                            PHONE #: (601) 949-5000
                                            FAX #:    (601) 949-7872
                                            EMAIL: wes@wesstover.com
                                            ATTORNEY FOR DEBTORS