

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 31, 2017**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

ROOD AND ROMUS JOSEPH            NO. 16-52194 KMS

### ORDER

This matter having come on for consideration upon the Motion for Relief from Automatic Stay filed on behalf of Capital One Auto Finance, a division of Capital One, N.A. (hereinafter "Capital One") (DK#33) and the response thereto filed on behalf of the Debtors (DK#36), and the Court being advised that the Debtors filed a Modified Chapter 13 Plan (DK#37) to pay for Capital One's collateral inside of their Chapter 13 Plan and the Court being further advised that the requested relief has been rendered moot by inclusion of the claim of Capital One in the modified plan, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion for Relief from Automatic Stay filed on behalf of Capital One (DK#33) be and the same hereby is dismissed.

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

without prejudice.

### ###END OF ORDER###

AGREED BY:

/s/

_____
ROBERT ALAN BYRD, Attorney for
Capital One Auto Finance, a Division of
Capital One, N.A.

**Signature Affixed**
_____
MERIDETH J. DRUMMOND, Attorney for
Debtors

**Signature Affixed**
_____
J. C. BELL, Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

without prejudice.

### ###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney for
Capital One Auto Finance, a Division of
Capital One, N.A.

_____
MERIDETH J. DRUMMOND, Attorney for
Debtors

_____
J. C. BELL, Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

without prejudice.

### ###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney for
Capital One Auto Finance, a Division of
Capital One, N.A.

**Signature Affixed**
_____
MERIDETH J. DRUMMOND, Attorney for
Debtors

/s/Samuel J. Duncan, Atty for
_____
J. C. BELL, Trustee

16-52194

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029